UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-81597-BER

WALKER REID STRATEGIES, INC.,

    Cross Plaintiff/Third-Party Plaintiff,

v.

JOHN J. SCHULTZ,

    Cross-Defendant,

and

SCHULTZ ENERGY CONSULTING, LLC,

    Third-Party Defendant.

_____/

### ORDER GRANTING COUNSEL'S UNOPPOSED MOTION TO WITHDRAW (ECF NO. 125)

Veronica M. Rabinowitz, Esq., Spencer Thompson, Esq., and the law firm Sanchez Fischer Levine, LLP ("Counsel") move to withdraw as counsel for Cross-Defendant John J. Schultz and Third-Party Defendant Schultz Energy Consulting, LLC ("Defendants") (the "Motion"). ECF No. 125. Counsel seeks to withdraw due to irreconcilable differences with the Defendants. *Id.* The Motion also seeks a 30-day extension of all pretrial deadlines. *Id.* Based on the Motion, Cross Plaintiff/Third-Party Plaintiff Walker Reid Strategies, Inc. does not object to the relief requested in the Motion. *Id.* Accordingly, it is hereby:

**ORDERED AND ADJUDGED** as follows:

    1.    The Motion (ECF No. 125) is **GRANTED**. Veronica M. Rabinowitz, Esq., Spencer Thompson, Esq., and the law firm Sanchez Fischer Levine, LLP are relieved

of all further duties and responsibilities for Cross-Defendant John J. Schultz and Third-Party Defendant Schultz Energy Consulting, LLC. An amended Scheduling Order identifying the new pretrial deadlines will be entered separately.

2.  Counsel shall send via U.S. mail and email a copy of this Order to Defendants forthwith.

3.  All papers must be served on Defendants at the following address: John J. Schultz, 2116 Ironwood Avenue, Stevens Point, Wisconsin 54482 and at the following email address: schultzprivate@gmail.com.

4.  Defendant John J. Schultz is responsible for updating his address and email address by filing a notice of new address and email address with the Clerk of Court.

5.  By July 24, 2023, at 5:00 pm Eastern Time, new counsel for Defendant John J. Schultz shall file a notice of appearance, or Defendant John J. Schultz shall file a notice indicating that he intends to proceed pro se.

6.  By July 24, 2023, at 5:00 pm Eastern Time, Defendant Schultz Energy Consulting, LLC shall retain new counsel and its new counsel shall file a notice of appearance. Schultz Energy Consulting, LLC is cautioned that "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *Natl Indep. Theatre Exhibitors, Inc. v. Buena Vista Distribution Co.*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied*, 471 U.S. 1056 (1985); *see also Souffrant v. Denhil*

*Oil, LLC*, No. 10-80246-CIV, 2010 WL 1541192, at *1 (S.D. Fla. Apr. 16, 2010) (J. Cohn) ("The proposition that a corporation must be represented by an attorney also applies to limited liability companies."). Failure to retain new counsel may result in an entry of default or sanctions. *See Bejerano v. Flex Florida Corp.*, No. 18-20049-CIV, 2021 WL 3566286, at *1 (S.D. Fla. Aug. 12, 2021) (J. Torres); *see also Acosta v. Eagle Eye Comm'ns, LLC*, No. 17-MI-83, 2018 WL 4474640, at *3 (N.D. Ga. June 7, 2018), *report and recommendation adopted*, 2018 WL 4481971 (N.D. Ga. July 11, 2018).

**DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 23rd day of June, 2023.

BRUCE E. REINHART
United States Magistrate Judge